**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                       No. 1:19-CR-01631 JB

WILLIE HORTON,

       Defendant.

## UNOPPOSED MOTION TO WITHDRAW
## BASED ON CONFLICT OF INTEREST

Undersigned counsel, and with non-opposition of the Government, hereby respectfully requests the Court enter it's order allowing him to withdraw from further representation of the above named Defendant based on a conflict of interest that recently developed.

As grounds for this Motion, Counsel states:

1.     Undersigned counsel was appointed to represent Defendant on June 19, 2019; counsel has actively engaged Defendant's case, met with Defendant on several occasions, received the initial discovery, and conferred with the Government;

2.     On July 29, 2019 undersigned counsel became aware of information concerning another client he represents which puts counsel in direct conflict with Mr. Horton as well as his other client;

3.     Under the circumstances, counsel can no longer zealously represent Mr. Horton and continue to do so would deprive him of his constitutional right to counsel;

4.     The Government does not oppose this request;

WHEREFORE, Undersigned counsel hereby respectfully requests the Court to enter its Order allowing him to withdraw from further representation of the above named Defendant.


Respectfully submitted,

Michael V. Davis
*Attorney & Counselor at Law, P.C.*
Post Office Box 3748
Corrales, New Mexico 87048
Telephone: (505) 242-5979

*FILED ELECTRONICALLY*

By: _/s/ Michael V. Davis_
Michael V. Davis
*Attorney for Defendant Willie Horton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing document electronically through the CM/ECF system.  Pursuant to the CM/ECF Administrative Procedures Manuel, §§1(a), 7(b)(2), such filing is the equivalent of service on parties of record.


_/s/ Michael V. Davis_
Michael V. Davis