```
                                                                  FILED
                                                        UNITED STATES DISTRICT COURT
                                                         ALBUQUERQUE, NEW MEXICO
         IN THE UNITED STATES DISTRICT COURT
                                                              AUG  8 2023
            FOR THE DISTRICT OF NEW MEXICO
                                                           MITCHELL R. ELFERS
                                                                 CLERK
```

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                           CRIM. NO. CR-19-1631 DHU

_Willie Horton_,

Defendant.

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

**I HEREBY:** Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge, who thereafter will accept my guilty plea and adjudge me guilty.

_____
Defendant

_____
Attorney for Defendant

Date: 8/8/2023

Before: _____
United States Magistrate Judge