| PROB 22 (Rev. 01/24) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| | **1:19CR01631-003DHU** |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | New Mexico | |
| | NAME OF SENTENCING JUDGE | |
| Willie Horton | David H. Urias, United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/21/2024 | TO 05/20/2027 |

OFFENSE
21 U.S.C. Sec. 856(a) Maintaining a Drug-Involved Premises

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The Northern District of Texas is requesting transfer of jurisdiction from the District of New Mexico to their district, in order to monitor the supervision more efficiently and effectively.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF New Mexico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 7, 2024                              /s/ David H. Urias
_Date_                                        _United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_                              _United States District Judge_