✎PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
**1:19CR01631-003DHU**

## TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
3:24-cr-0498-E

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Willie Horton | New Mexico | |
| | **NAME OF SENTENCING JUDGE** David H. Urias, United States District Judge | |
| | **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** 05/21/2024 | **TO** 05/20/2027 |

**FILED**
November 8, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

**OFFENSE**
21 U.S.C. Sec. 856(a) Maintaining a Drug-Involved Premises

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The Northern District of Texas is requesting transfer of jurisdiction from the District of New Mexico to their district, in order to monitor the supervision more efficiently and effectively.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____   DISTRICT OF   New Mexico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

November 7, 2024
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 8, 2024
*Effective Date*

*United States District Judge*